**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE OF INTENT TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:  DANIEL MARIN DOMINGUEZ            IN THE MATTER OF:
        5695 SORREL HILLS AVENUE          DANIEL MARIN DOMINGUEZ
        CHINO HILLS, CA 91709             5695 SORREL HILLS AVENUE
                                          CHINO HILLS, CA  91709

                                          DATE: 7/15/2011
                                          Case No. 6:11-bk-14293-MJ
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 03 | AMERICAN EXPRESS | $34,782.00 | $34,782.96 | 1008 | U | 1 |
|  | AMERICAN EXPRESS | $7,429.00 | NOT FILED | 7182 | U | 2 |
|  | AMERICAN EXPRESS | $6,809.00 | NOT FILED | 4393 | U | 3 |
| 02 | ECAST SETTLEMENT COR | $32,795.00 | $32,795.94 | 6585/9517 | U | 4 |
|  | Bank of America | $32,100.00 | NOT FILED | 9517 | U | 5 |
|  | CITIMORTGAGE | $143,490.00 | NOT FILED | 3418 | U | 6 |
|  | Credit First | $1,728.00 | NOT FILED | 6725 | U | 7 |
|  | DATALINE CR | $315.00 | NOT FILED | 78N1 | U | 8 |
|  | Us Bank | $20,286.00 | NOT FILED | 3818 | U | 9 |
| 01 | INTERNAL REVENUE SER | $11,213.00 | $10,397.97 | 7664 | P | 10 |
| 04 | FRANCHISE TAX BOARD | $2,264.00 | $2,319.55 | 7664 | P | 11 |
|  | ELDORADO RESORTS | $4,000.00 | NOT FILED | 00010045123 | S | 12 |
| 01 | INTERNAL REVENUE SER | NOT SCHEDULED | $299.43 | 7664 | U | 10010 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
_____
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:11-bk-14293-MJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   7/15/2011

/s/
PAULETTE ROSELI

PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 7/15/2011 at Riverside, California.

/s/
PAULETTE ROSELI

DANIEL MARIN DOMINGUEZ
5695 SORREL HILLS AVENUE
CHINO HILLS, CA  91709

DOAN LAW FIRM LLP
635 CAMINO DE LOS MARES
SUITE 100
SAN CLEMENTE, CA  92672